# FEDERAL LAWSUIT UNDER 42 U.S.C.A. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Noah Freeman )
Prison ID # )
)
_____, )
Prison ID # 592238 )
)
_____, )
Prison ID # )
)
Plaintiff(s) )
)
[LIST THE NAMES OF ALL )
PLAINTIFFS FILING THIS )
LAWSUIT; DO NOT USE )     **03-22 0963**
"ET AL"] )
)
vs. ) CIVIL ACTION NO.: _____
Tennessee ) [To be assigned by the Clerk's Office.
Department ) Do not write in this Blank.]
of correction )
Unit manager )
Loving  Defendant(s) )
)
[LIST THE NAMES OF ALL )
DEFENDANTS AGAINST )
WHOM YOU ARE FILING )
THIS LAWSUIT; DO NOT )
USE "ET AL"] )

(IF YOU NEED MORE SPACE TO LIST OTHER PLAINTIFFS AND/OR DEFENDANTS, SO INDICATE AND ATTACH A SEPARATE SHEET OF PAPER.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
UNDER 42 U.S.C.A. § 1983**

1

I. PREVIOUS LAWSUITS

    A. Have you or any of the other plaintiffs listed above filed any other lawsuits in the United States District Court for the Middle District of Tennessee and/or any other state or federal court?

    Yes _____    No __X__

    B. If you answered YES to Question A, list the following information:
    (If you have filed more than one lawsuit, list the additional lawsuits on another sheet of paper, using the same outline as below.)

      1. Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: ____N/A_____

      2. In what Court did you file the previous lawsuit?
      ____N/A_____
      (If Federal Court, name the District; if State Court, name the county.)

      3. Case Number of the previous lawsuit: N/A

      4. Name of the Judge to whom the case was assigned: N/A

      5. When did you file the previous lawsuit? _____
      (Indicate the year if you do not know the exact month or day.) N/A

      6. What was the disposition or result of the previous lawsuit? (For example, was it dismissed, appealed, or still pending?) N/A

      7. When was the previous lawsuit decided by the Court? _____
      (Indicate the year if you do not know the exact month or day.) N/A

8. Did the previous lawsuit involve the same facts or circumstances that you are alleging in the lawsuit you are now submitting?

Yes ~~N/A~~   No ~~N/A~~

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. PLACE OF PLAINTIFF(S) CURRENT CONFINEMENT: **(The following information must be provided by each inmate plaintiff.)**

A. Name and address of the prison or jail in which you are currently incarcerated:

Lois M. Debery Special Needs Facility T.D.O.C 7575 Cockrill bend Boul Nashville TN 37209

B. Are the facts of your lawsuit related to your present confinement?

Yes ✓ Yes    No ~~✗~~

C. If you answered NO to Question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

_____

_____

_____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State prison?

Yes ✓    No _____

If you checked "No", proceed to question II H.

E. If you answered YES to Question D, did you present these facts to the prison authorities through the state prisoner grievance procedure?

Yes ✓    No _____

F. If you answered YES to Question E above:

3

1. What steps did you take: Tenn Dep of Correction inmate Grievance
2. What was the result: Thay concur with the supervisors

G. If you answered "No" to Question E above, explain why not:

_____

_____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (jail, workhouse, etc.)?

Yes _____    No ___X___

I. If you checked "Yes" in H above, have you presented these facts to the authorities who operate the detention facility?

Yes _____    No _____

J. If you checked "Yes" in I above:

  1. What steps did you take? N/A

  _____

  2. What was the response of the authorities who run the facility?

  _____

  _____

K. If you checked "No" in I above, explain why not.

_____

_____

(Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.)

4

III. PARTIES TO THIS LAWSUIT

    A. Plaintiff(s) bringing this lawsuit:

        1. Name of First Plaintiff: **Noah Freeman**

        Prison ID Number of First Plaintiff: **592238**

        Address of First Plaintiff: **7575 Cockrill Bend Boulevard Nashville TN 37209-1057**

        (Include name of institution and mailing address)

        2. Name of Second Plaintiff: ___

        Prison ID Number of Second Plaintiff: ___

        Address of Second Plaintiff: ___

        (Include name of institution and mailing address)

        3. Name of Third Plaintiff: ___

        Prison ID Number of Third Plaintiff: ___

        Address of Third Plaintiff: ___

        (Include name of institution and mailing address)

IF THERE ARE MORE THAN THREE PLAINTIFFS, LIST THEIR NAMES, PRISON IDENTIFICATION NUMBERS AND ADDRESSES ON AN ATTACHED SHEET OF PAPER.

B. Defendants Against Whom You Are Filing This Lawsuit:

1. Name of First Defendant: T.D.O.C

   Place of Employment of First Defendant: T.D.O.C 6 floor Rache Jackson blde

   Address of First Defendant: 320 6th Ave North Nashville TN 37243

2. Name of Second Defendant: Unit Manage Loving

   Place of Employment of Second Defendant: T.D.O.C

   Address of Second Defendant: 7575 Cockrill bend boul Nasville TN 37209

3. Name of Third Defendant: ____

   Place of Employment of Third Defendant: ____

   Address of Third Defendant: ____

   Named in official capacity?    ✓ YES    ___ NO
   Named in individual capacity?  ___ YES  ✓ NO

IF YOU ARE BRINGING THIS LAWSUIT AGAINST MORE THAN THREE DEFENDANTS, YOU MUST LIST EACH DEFENDANT'S NAME, PLACE OF EMPLOYMENT, ADDRESS, AND THE CAPACITY ON WHICH YOU ARE SUING THEM, ON AN ATTACHED SHEET OF PAPER.

IF YOU DO NOT LIST EACH DEFENDANT'S NAME, ANY SUCH DEFENDANT WILL NOT BE INCLUDED IN YOU LAWSUIT; IF YOU DO NOT LIST EACH DEFENDANT'S NAME, PLACE OF EMPLOYMENT AND ADDRESS, THE CLERK WILL NOT BE ABLE TO SERVE ANY SUCH DEFENDANT SHOULD PROCESS ISSUE.

IV. STATEMENT OF YOUR CLAIM

State as briefly as possible the facts of your case. Recite the dates when any incidents or events occurred, and the places where such incidents or events took place. Describe how each defendant is involved. Also include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph:

I am a T.D.O.C inmate. Inmate at this institution in ZD can't git book from the Library. I am a menal helth inmate and being Lock in a cell with no Reading book increses the Likelyhood of a mental brackdown. The Federal Fuding for Library book and Legal Aide are not being offered to us. This is unlawfall under the (A.D.A) American disability Act. Rules of Confinenet.

**IF YOU NEED ADDITIONAL SPACE, ATTACH SEPARATE SHEET(S) OF PAPER**

V. RELIEF REQUESTED: List what you want the Court to do; list what relief you seek against each defendant:

A. Penalize
B. Pay money for Pain and suffering
C. menace Them To do Right
D. and a public Apology.
E. _____

I request a Jury Trial: Yes _X_    No _____

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 20 day of NOV, 20 22.

Signature: _____
Printed Name: Noah Freeman
Prison ID Number: 592238
Address: 7575 Cockrill Bend Boul Nashvill TN
(Include city, state and zip code) 37209

Signature: _____
Printed Name: Noah Freeman
Prison ID Number: 592238
Address: _____
(Include city, state and zip code)

8

Signature: _____

Printed Name: _____

Prison ID Number: _____

Address: _____

_____
(Include city, state and zip code)

**ALL PLAINTIFFS MUST SIGN THE COMPLAINT.** If there are more than three plaintiffs, attach additional signatures with prison identification numbers and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERS*.** If not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE (OR THE APPLICATION TO PROCEED *IN FORMA PAUPERS*) TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned.

**Plaintiff(s) would request for a SUMMONS packet, U.S. Marshal Form 285, and any other necessary documents to be issued to he/they once the case is opened. Plaintiff(s) will return these forms in order to be signed and sealed so they may be attached to the complaint and then issued to the Defendants named upon the summons and listed within this complaint.**

# DECLARATION OF MAILING

I, __Noah Freeman__, declare under penalty of perjury that the foregoing 42 U.S.C.A. § 1983 complaint for civil rights violation, along with the correct amount of copies for each defendant named in the complaint, has been sent/given to the Institutional Mailroom where I am currently housed at with sufficient Postage to reach the below described designation.

Court Name/Address: __7575 Cockrill Bend Boulevard Nashville TN 37209__

On this the __20__, day of __NOV__, 20__22__.

__[signature]__
(Signature)

__Noah Freeman__
(Printed Name)

__7575 Cockrill Bend Boul Nashville TN 37209__
(Institutional Name and Address)



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

RECEIVED
NOV 30 2022
US DISTRICT COURT
MID DIST TENN

#15512

**NAME:** Noah Freeman
**NUMBER:** 592238
**INSTITUTION & UNIT:** SPND 70118

**DESCRIPTION OF PROBLEM:** In 7D on 10-18-22 to 10-25-22 The books was Tooking for us. We can't have books

**REQUESTED SOLUTION:** To Give us books back

Signature of Grievant / Date: 10-25-22

===================================================

**TO BE COMPLETED BY GRIEVANCE CLERK**

**Grievance Number:** 356315
**Date Received:** 10-28-22
**Signature Of Grievance Clerk:** W. Tubman

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** ___
**AUTHORIZED EXTENSION:** ___
New Due Date / Signature of Grievant

===================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: See CR-3148

RECEIVED OCT 28 2022

Chairperson's Response and Reason(s): Concur with Supervisors Response

**DATE:** 11/7/22  **CHAIRPERSON:** Cpl. N.

Do you wish to appeal this response? ___ YES  X NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT / DATE: 11-8-22 / WITNESS: W. Tubman

White – Inmate Grievant – Yellow – Pink – Gold – Committee – Goldenrod – Commissioner (if applicable)
Case 3:22-cv-00966  Document 1  Filed 11/30/22  Page 11 of 16 PageID #: 11
CR-1394 (Rev. 3-00)  Page 1 of 2  RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION

### RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: _____

Please respond to the attached grievance, indicating any action taken.

Date Due: _____

| Grievance Number | Inmate Name: Noel Freny | Inmate Number: 592238 |

From the Library or from the rec Therapist. This is unlawfull under the (A.D.A) American disability Act. and is incresing the likelyhood of a mental breakdown. the books was Taking by the unit manager and JD Therapist. T.D.O.C git federal funding for the Library to give us access to books and Legal access.

RECEIVED OCT 28 2022

SIGNATURE _____ DATE _____

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner
Case 3:22-cv-00963   Document 1   Filed 11/30/22   Page 12 of 16 PageID #: 12
CR-3148 (Rev. 3-00)    RDA 2244



**Tennessee Department of Corrections**
Response of Supervisor of Grieved Employee or Department

7D 118
7D 102

DATE: Thursday, November 03, 2022   Please respond to the attached grievance, indicating any action taken.
Date Due: 11/08/2022

| 356315/15512 | Noah Freeman | #592238 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

I concur with the supervisor's response. As long as the books are still being "offered" to offenders, there is no need to use the book cart if the usage of the book cart is being (abused).



NOV 07 2022 RECEIVED

_____   11/4/22
SIGNATURE                DATE

White- Inmate Grievant   Canary- Warden   Pink- Grievance Committee   Goldenrod-Commissioner

CR-3148 (Rev. 3-00)                                              RDA 2244

To Clerk Lynda Hill
Pleas Fil and mail
me a copy Thank you

RECEIVED
NOV 30 2022
US DISTRICT COURT
MID DIST TENN

Noah Freeman
[signature]
11-20-22
Time 22:30

S.P.N.D. T.D.O.C
Noah #592238
Freeman
7575 Cockrill Bend Boul
Nashville TN 37209

Legal Mail



Clerk
Lynda M. Hill
719 Church St
Nashville TN
37203

RECEIVED NOV 30 2022 US DISTRICT COURT MID DIST TENN

Noah Freeman
# 592238
7D 102